IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3126 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| KEATON LEE AMOS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant previously filed a notice of appeal of his sentence. (Filing 72.) This matter is before the court upon Defendant's motion motion for leave to appeal in forma pauperis (filing 76). I will grant the motion for leave to appeal in forma pauperis, as it is properly supported by the poverty affidavit contained within the motion and the appeal appears to be taken in good faith.

IT IS ORDERED that the appeal appears to be taken in good faith and Defendant's motion for leave to appeal in forma pauperis (filing 76) is granted.

August 21, 2007.          BY THE COURT:

                          *s/Richard G. Kopf*
                          United States District Judge